IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:

Nicholas and Carolina Bindenagel,                    Case No. 10-76266

    Debtors.

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON MARCH 1, 2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), JPMorgan Chase Bank, N.A. is responding to the Notice of Final Cure Payment filed in the above referenced case and states as follows:

1. JPMorgan Chase Bank, N.A. agrees that the Debtors have paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

2. JPMorgan Chase Bank, N.A. agrees that the Debtors have paid all post-petition amounts due to be paid to the secured creditor s of the date of the Trustee's notice.

                                                                                                        Respectfully submitted,

                                                                                                        */s/ Jennifer M. Rinn*
                                                                                                        Jennifer M. Rinn

Kropik, Papuga and Shaw
120 S. LaSalle, Ste 1500
Chicago, IL 60603
312-236-6405