IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:

Nicholas and Carolina Bindenagel,　　　　　　　　　　　　　Case No. 10-76266

　　　Debtors.

## NOTICE OF FILING RESPONSE
## AND CERTIFICATE OF SERVICE

*A RESPONSE TO NOTICE OF FINAL CURE PAYMENT HAS BEEN FILED.

　　　The undersigned, an attorney, certifies that a copy of this document was served electronically through the court's electronic mailing system pursuant to the notice generated by the Court on April 6, 2012 to the following parties:

To: Lydia Meyer, Trustee, 308 W. State Street, Suite 212, PO Box 14127, Rockford, IL 61101; and

Brian A. Hart, Brian A. Hart Law Offices, 1410 N. Main Street, Rockford, IL 61103.

　　　The objection was further served by depositing a printed copy into the US Mail at the mail chute located at 120 S. LaSalle Street, Chicago, IL 60603 at 5:00 pm on April 6, 2012, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

To: Nicholas and Carolina Bindenagel, 2002 Wisteria Road, Rockford, IL 61107.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer M. Rinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer M. Rinn

Kropik, Papuga and Shaw
120 S. LaSalle, Ste 1500
Chicago, IL 60603
312-236-6405

*This is an attempt to collect a debt and any information obtained will be used for that purpose.